| DISTRICT COURT, COUNTY OF ADAMS, STATE OF COLORADO<br>1100 Judicial Center Drive<br>Brighton, CO 80601<br>303-659-1161 | DATE FILED<br>December 2, 2025 6:28 PM<br>FILING ID: FFFBD3CB3AA05<br>CASE NUMBER: 2025CV31950 |
|---|---|
| Plaintiff: **SAKISHA SMITH,** *an individual,*<br><br>v.<br><br>Defendant: **CHILDREN'S HOSPITAL, COLORADO,** *a Colorado non-profit corporation.* | ▲ **COURT USE ONLY** ▲ |
| *Attorneys for Plaintiff Sakisha Smith:*<br>Tyler S. Gurnee, #50250<br>Maxim N. Belovol, #61182<br>BAKER LAW GROUP, PLLC<br>8301 E. Prentice Avenue, Suite 405<br>Greenwood Village, CO 80111<br>Phone Number: (303) 862-4564<br>FAX Number: (970) 704-5741<br>Email: tyler@jbakerlawgroup.com<br>maxie@jbakerlawgroup.com | Case No:<br><br>Division: |
| **CIVIL CASE COVER SHEET** ||

1.      This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, crossclaim, or third-party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.      Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply):

☐       This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☒       This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

1


EXHIBIT B

By my signature below and in compliance with C.R.C.P.11, based upon information reasonably available to me at this time, I certify that the value this party claims against one of the other parties is reasonably believed to exceed $100,000.00.

**OR**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☐ This party makes a Jury Demand at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

**RESPECTFULLY SUBMITTED** this 2nd day of December 2025.

**BAKER LAW GROUP, PLLC**

*/s/ Maxim N. Belovol*
Maxim N. Belovol, #61182
Tyler S. Gurnee, #50250
BAKER LAW GROUP, PLLC
8301 E. Prentice Avenue, Suite 405
Greenwood Village, CO 80111
Phone Number: (303) 862-4564
FAX Number: (970) 704-5741
Email: tyler@jbakerlawgroup.com
maxie@jbakerlawgroup.com
*Attorneys for Plaintiff Sakisha Smith*