| DISTRICT COURT, COUNTY OF ADAMS, STATE OF COLORADO<br>1100 Judicial Center Drive<br>Brighton, CO 80601<br>303-659-1161 | DATE FILED<br>December 2, 2025 6:28 PM<br>FILING ID: FFFBD3CB3AA05<br>CASE NUMBER: 2025CV31950 |
|---|---|
| Plaintiff: **SAKISHA SMITH,** *an individual,*<br><br>v.<br><br>Defendant: **CHILDREN'S HOSPITAL, COLORADO,** *a Colorado non-profit corporation.* | ▲ COURT USE ONLY ▲ |
| *Attorneys for Plaintiff Sakisha Smith:*<br>Tyler S. Gurnee, #50250<br>Maxim N. Belovol, #61182<br>BAKER LAW GROUP, PLLC<br>8301 E. Prentice Avenue, Suite 405<br>Greenwood Village, CO 80111<br>Phone Number: (303) 862-4564<br>FAX Number: (970) 704-5741<br>Email: tyler@jbakerlawgroup.com<br>maxie@jbakerlawgroup.com | Case No:<br><br>Division: |
| **SUMMONS** ||

**TO THE ABOVE-NAMED DEFENDANT**:   Children's Hospital Colorado
c/o Registered Agent
13123 East 16th Avenue
Aurora, Colorado 80045

    **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court an answer or other response to the attached Complaint. If service of the Summons and Complaint was made upon you within the State of Colorado, you are required to file your answer or other response within 21 days after such service upon you. If service of the Summons and Complaint was made upon you outside of the State of Colorado, you are required to file your answer or other response within 35 days after such service upon you. Your answer or counterclaim must be accompanied with the applicable filing fee.

    If you fail to file your answer or other response to the Complaint in writing within the applicable time period, the Court may enter judgment by default against you for the relief demanded in the Complaint without further notice.

1



**RESPECTFULLY SUBMITTED** this 2nd day of December 2025.

**BAKER LAW GROUP, PLLC**

*/s/ Maxim N. Belovol*
Maxim N. Belovol, #61182
Tyler S. Gurnee, #50250
BAKER LAW GROUP, PLLC
8301 E. Prentice Avenue, Suite 405
Greenwood Village, CO 80111
Phone Number: (303) 862-4564
FAX Number: (970) 704-5741
Email: tyler@jbakerlawgroup.com
maxie@jbakerlawgroup.com
*Attorneys for Plaintiff Sakisha Smith*
