# AFFIDAVIT OF SERVICE

**Case:**
2025CV31950

**Court:**
DISTRICT COURT, COUNTY OF ADAMS, STATE OF COLORADO

**Plaintiff / Petitioner:**
SAKISHA SMITH, an individual,

**Defendant / Respondent:**
CHILDREN'S HOSPITAL COLORADO, a Colorado non-profit corporation.

DATE FILED
December 19, 2025 5:07 PM
FILING ID: 7E2214A2608B3
CASE NUMBER: 2025CV31950

**For:**
BAKER LAW GROUP

**To be served upon:**
Children's Hospital Colorado

I, Nick Markowitz, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Cole Stender, Clerk for Corporation Service Company the Registered Agent for Children's Hospital Colorado at Registered Agent Address:1900 West Littleton Boulevard, Littleton, CO 80120

**Manner of Service:** Registered Agent, Service on Dec 18, 2025, 12:27 pm MST

**Documents:** SUMMONS; CIVIL CASE COVER SHEET; VERIFIED COMPLAINT WITH JURY DEMAND (Received Dec 10, 2025 at 12:11am MST)

**Additional Comments:**
1) Successful Attempt: Dec 18, 2025, 12:27 pm MST at 1900 West Littleton Boulevard, Littleton, CO 80120
Served to Cole Stender. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'9"; Hair: Brown; Eyes: Brown; Relationship: RA;

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

_____     12/18/2025
Nick Markowitz                        **Date**

RAMOS PRIVATE PROCESS SERVER & NOTARY, LLC
201 E PIKES PEAK AVE 2624
COLORADO SPRINGS, CO 80901
719-437-5950

14816004


EXHIBIT
D