| | |
|---|---|
| **DISTRICT COURT, COUNTY OF ADAMS, STATE OF COLORADO**<br>1100 Judicial Center Dr.<br>Brighton, CO 80601 | DATE FILED<br>January 5, 2026 1:38 PM<br>FILING ID: EA8CE4C8D5FEF<br>CASE NUMBER: 2025CV31950 |
| **Plaintiff:**<br>SAKISHA SMITH, an individual,<br><br>v.<br><br>**Defendant:**<br>CHILDREN'S HOSPITAL COLORADO, a Colorado non-profit organization. | ▲ **COURT USE ONLY** ▲ |
| *Attorneys for Defendant:*<br>Renee J. Sheyko, #52873<br>Madison M. Britton, #57854<br>Fox Rothschild LLP<br>1225 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: (303) 292-1200<br>rsheyko@foxrothschild.com<br>mbritton@foxrothschild.com | Case Number: 2025CV31950<br><br>Division: W |
| **ENTRY OF APPEARANCE** ||

Renee J. Sheyko of Fox Rothschild, LLP hereby enters her appearance for and on behalf of Defendant Children's Hospital Colorado.

Dated: January 5, 2026.

Respectfully submitted,

FOX ROTHSCHILD LLP

*/s/ Renee J. Sheyko*
Renee J. Sheyko, #52873
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 5, 2026 a true and accurate copy of the foregoing was filed and served via Colorado Courts E-filing on all counsel of record.

                                            */s/ Rhonda Rudolph*
                                            Rhonda Rudolph