<table>
<tr>
<td>

**DISTRICT COURT, COUNTY OF ADAMS,**
**STATE OF COLORADO**
1100 Judicial Center Dr.
Brighton, CO 80601

**Plaintiff:**
SAKISHA SMITH, *an individual,*

**v.**

**Defendant:**
CHILDREN'S HOSPITAL COLORADO, *a Colorado*
*non-profit organization.*

</td>
<td>

DATE FILED
January 5, 2026 1:38 PM
FILING ID: EA8CE4C8D5FEF
CASE NUMBER: 2025CV31950

**▲ COURT USE ONLY ▲**

</td>
</tr>
<tr>
<td>

***Attorneys for Defendant:***
Renee J. Sheyko, #52873
Madison M. Britton, #57854
Fox Rothschild LLP
1225 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 292-1200
Fax: (303) 292-1300
rsheyko@foxrothschild.com
mbritton@foxrothschild.com

</td>
<td>

Case Number: 2025CV31950

Division: W

</td>
</tr>
</table>

## ENTRY OF APPEARANCE

Madison M. Britton of Fox Rothschild, LLP hereby enters her appearance for and on behalf of Defendant Children's Hospital Colorado.

Dated January 5, 2026.

Respectfully submitted,

FOX ROTHSCHILD LLP

*/s/Madison M. Britton*
Madison M. Britton, #57854
*Attorney for Defendant*



## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026 a true and accurate copy of the foregoing was filed and served via Colorado Courts E-filing on all counsel of record.


*/s/ Rhonda Rudolph*
Rhonda Rudolph