| | |
|---|---|
| **DISTRICT COURT, COUNTY OF ADAMS, STATE OF COLORADO**<br>1100 Judicial Center Dr.<br>Brighton, CO 80601 | DATE FILED<br>January 5, 2026 1:38 PM<br>FILING ID: EA8CE4C8D5FEF<br>CASE NUMBER: 2025CV31950 |
| **Plaintiff:** SAKISHA SMITH, *an individual*,<br><br>v.<br><br>**Defendant**: CHILDREN'S HOSPITAL COLORADO, *a Colorado non-profit corporation*. | ▲COURT USE ONLY▲ |
| *Attorneys for Defendant*:<br>Renee J. Sheyko, #52873<br>Madison M. Britton, #57854<br>FOX ROTHSCHILD LLP<br>1225 17th Street, Suite 2200<br>Denver, CO 80202<br>Phone Number: (303) 292-1200<br>rsheyko@foxrothschild.com<br>mbritton@foxrothschild.com | Case Number: 2025CV31950<br><br>Division: W |
| **DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** ||

Defendant Children's Hospital Colorado ("CHCO"), by and through its undersigned counsel, hereby moves the Court for an Order granting CHCO a 21-day extension of time, up to and including January 29, 2026, in which to respond to Plaintiff Sakisha Smith's Verified Complaint with Jury Demand (the "Complaint"), and in support thereof would show unto the Court the following:

**CERTIFICATION OF CONFERRAL**

Pursuant to C.R.C.P. 121 § 1-15(8), CHCO's counsel certifies that they have conferred with Plaintiff's counsel, who stated that there is no opposition to the relief requested herein.

1. Plaintiff filed the Complaint on December 2, 2025.

2. CHCO was served with a copy of the Complaint on December 18, 2025.


EXHIBIT G

3. The current deadline for CHCO to answer or otherwise respond to the Complaint is January 8, 2026. *See* C.R.C.P. 12(a).

4. Undersigned counsel was just recently retained by CHCO in this matter.

5. Between the date of service and deadline to respond to the Complaint, several CHCO employees and its attorneys were out of office traveling and taking planned time off to observe the end-of-year holidays, and their respective offices experienced closures in observance of the holidays. Thus, due to the timing of the service, CHCO's employees and attorneys have not had sufficient time to adequately investigate the allegations in the Complaint and prepare a response thereto.

5. The extension requested herein will allow counsel sufficient time to review and investigate the allegations contained in the Complaint in order to prepare an appropriate response.

6. This is the first request for an extension of time sought by CHCO. No party will be prejudiced if the relief herein is granted.

7. Pursuant to C.R.C.P. 121 §1-11, CHCO's counsel certifies that a copy of this motion has been served upon CHCO.

WHEREFORE, Defendant CHCO requests a 21-day extension of time, up to and including January 29, 2026, in which to respond to the Complaint.

Dated January 5, 2026.

        **FOX ROTHSCHILD LLP**

        */s/ Renee J. Sheyko*
        Renee J. Sheyko, #52873
        Madison M. Britton, #57854

        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026 a true and accurate copy of the foregoing was filed and served via Colorado Courts E-filing on all counsel of record.

>*/s/ Rhonda Rudolph*
>Rhonda Rudolph

| DISTRICT COURT, COUNTY OF ADAMS, STATE OF COLORADO<br>1100 Judicial Center Dr.<br>Brighton, CO 80601 | ▲ COURT USE ONLY ▲<br>DATE FILED<br>January 12, 2026 1:36 PM<br>FILING ID: EA8CE4C8D5FEF<br>CASE NUMBER: 2025CV31950<br><br>Case Number: 2025CV31950<br><br>Division: W |
|---|---|
| **Plaintiff:** SAKISHA SMITH, *an individual*,<br><br>v.<br><br>**Defendant**: CHILDREN'S HOSPITAL COLORADO, *a Colorado non-profit corporation*. | |
| **PROPOSED ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

The Court, having reviewed Defendant Children's Hospital Colorado's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendant's response to Plaintiff's Complaint is now due by January 29, 2026.

DATED this ____ day of _____, 2026.


BY THE COURT:


_____
District Court Judge