| | |
|---|---|
| **DISTRICT COURT, COUNTY OF ADAMS, STATE OF COLORADO**<br>1100 Judicial Center Dr.<br>Brighton, CO 80601 | ▲ COURT USE ONLY ▲<br>DATE FILED: January 7, 2026 9:46 AM<br>CASE NUMBER: 2025CV31950 |
| **Plaintiff:** SAKISHA SMITH, *an individual*,<br><br>v.<br><br>**Defendant**: CHILDREN'S HOSPITAL COLORADO, *a Colorado non-profit corporation*. | Case Number: 2025CV31950<br><br>Division: W |
| **<u>PROPOSED</u> ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** | |

The Court, having reviewed Defendant Children's Hospital Colorado's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), and being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Defendant's response to Plaintiff's Complaint is now due by January 29, 2026.

DATED this  7th  day of ___January___, 2026.

BY THE COURT:

_____
District Court Judge


EXHIBIT H